# Exhibit 1

# TORSHARE 拓享

## 深圳市拓享科技有限公司 Torshare Ltd.

Add: Torshare Industrial Park, 30th, NO.4 Industrial Area, Shuitian, Shiyan, Baoan District, Shenzhen, China,518108
Tel:+86-755-29649617  Fax:+86-755-29833930  Web: www.torshare.com

## Proforma Invoice

Company: 173
Contact:
Tel:
Fax:
Address:

Delivery Term: FOB
PP Sample (date)
Check List (PP Sample finish date + 3 working Production completed by date
ETD: 2017-7-12

Payment Terms: 30% deposit T/T before Jun, 16th, 2017 for confirming the order; 60 days' term after shipment of each container for 70% balance.

Currency: USD
Issue Date: 2017-6-12
Purchase Oder Ref. No.: DC201706 1201

标签：说明书，外箱贴内箱贴终函，其他按照BOM表购买
交期：6-30

| No. | Part No. | K3下单品号 | Item | Description | Q'ty | unit | Unit Price | Amount |
|---|---|---|---|---|---|---|---|---|
| 1 | 面板灯方形 (CPL1212*603-50W-D-S-NW)(EX)(173) | 1.01.0073581 | LED panel light | 50W, 4000K, 100LM/W, Ra: 80, flicker-free driver, 5 years warranty | 1,300 | pcs | US$35.20 | US$45,760.00 |
| 2 | 面板灯方形 (CPL1212*603-50W-D-S-W)(E)(173) | 1.01.00735?8 | LED panel light | 50W, 5000K, 100LM/W, Ra: 80, flicker-free driver, 5 years warranty | 5,200 | pcs | US$35.20 | US$183,040.00 |
| | | | | | 6500 | | | US$228,800.00 |

### Banking Information:
Beneficary: TORSHARE LTD
Account No.: 7640-5796-1492
Bank Name: Bank of China Shenzhen Branch
Address: Zhongxang Bldg,Shiyan Rd, ShiYan Town BaoAN District Shenzhen China.
Swife Code: BKCHCNBJ45A

*David Chang*