# EXHIBIT 2

# CAESAR SHIPPING & LOGISTICS CO., LTD.

**BILL OF LADING**

B/L No.

| | |
|---|---|
| **SHIPPER/EXPORTER:** (Name, Address and IRS No.)<br>TORSHARE LTD.<br>30TH NO. 4 INDUSTRIAL AREA, SHUITIAN, SHIYAN TOWN,<br>BAO' AN DISTRICT, SHENZHEN<br>TEL: 0755-2983 3929<br>FAX: 0755-2983 3930 | **DOCUMENT/BOOKING No.:**<br>CSSZCC170932<br><br>**EXPORT REFERENCES:**<br>CSSZCC170932 |
| **CONSIGNEE** (Name and Address)<br>IGLO LLC.<br>ADD: 4924 CAMBRIDGE ROAD, FORT WORTH,<br>TEXAS 76155, USA<br>ATTN: SONNY MENON<br>TEL: 001 214 208 0691 | **FORWARDING AGENT - REFERENCES** |
| **NOTIFY PARTY:** Name and Address<br>SAME AS CONSIGNEE | **DELIVERY AGENT:**<br><br>CAESAR INTERNATIONAL LOGISTICS (LAX) CO. LTD.<br>17800 CASTLETON STREET, STE. 695 CITY OF INDUSTRY,<br>CA 91748<br>TEL: 626-964-4745 FAX: 626964-8284<br>EMAIL: IMPORT. LAX@CS-LOGISTICS.COM |
| **PRE-CARRIAGE BY** | **PLACE OF RECEIPT** | |
| **EXPORTING CARRIER** (Vessel)<br>MOL BREEZE V. 018E | **PORT OF LOADING**<br>YANTIAN, CHINA | |
| **PORT OF DISCHARGE**<br>LOS ANGELES, CA | **PLACE OF DELIVERY**<br>DALLAS, TX | **FINAL DELIVERY** (For Merchant Reference Only) |

| Marks & Numbers<br>Container No. | No. of pkgs of<br>Shipping Units | Description of Goods & Pkgs<br>PARTICULARS FURNISHED BY SHIPPER | GROSS WEIGHT | MEASUREMENT |
|---|---|---|---|---|
| IGLO LED | 1395<br>CARTONS | LED PANEL LIGHT | 20810KGS | 125CBM |

CY/CY 2 X 40' HQ
FREIGHT PREPAID
电放提单 / TELEX RELEASE
SAY ONE THOUSAND THREE HUNDRED AND NINETY FIVE (1395) CARTONS ONLY.

SEP. 27, 2017

AXIU1567799/CN1779083
TGHU7787404/CN1779088

**LAW AND JURISDICTION CLAUSE.**

Number of original B(s)L:

Place and date of issue:

YANTIAN, CHINA

SEP. 27, 2017

By:

No. **002377**

# GRAMTER LINE

# GRAMTER INTERNATIONAL (U.S.A.) CO., LTD.
## MULTIMODAL TRANSPORT BILL OF LADING

| SHIPPER | REF NO. | B/L NO. |
|---|---|---|
| Torshare Ltd.<br>1F,#30,the fourth Industrial Area,shuitian connunity shiyan town bao'an district Shenzhen | CSSZCC170711 | LT20170005 |

| CONSIGNEE |
|---|
| IGLO LLC.<br>ADD:4924 Cambridge Road Fort Worth, Texas 76155<br>ATTN:SONNY MENON<br>TEL:001 972 9152700/001 214 208 0691 |

| NOTIFY PARTY |
|---|
| SAME AS CONSIGNEE |

**To Obtain Delivery Contact**

Gramter Intl. (USA) Co.,Ltd - LAX Office
863 N. Douglas Street, Suite 100
El Segundo, CA 90245
ATTN: SANDY
Tel: (310) 606-8888 Ext. 102 Fax: (310) 606-8887

| VESSEL & VOYAGE | | |
|---|---|---|
| MOL BEACON 014E | | |
| PLACE OF RECEIPT | PORT OF LOADING | ONWARD INLAND ROUTING |
| YANTIAN /CHINA | YANTIAN /CHINA | |
| PORT OF DISCHARGE | PLACE OF DELIVERY | FINAL DESTINATION (FOR THE MERCHANT'S REFERENCE ONLY) |
| LOS ANGELES ,CA | DALLAS,TX | |

### PARTICULARS FURNISHED BY SHIPPER

| MARKS AND NUMBERS | NO. OF PKGS | DESCRIPTION OF PACKAGES AND GOODS | GROSS WEIGHT | MEASUREMENT |
|---|---|---|---|---|
| CCLU6441279/ CN2024947 /40HQ<br><br>IGLOLED.NET | 694CTNS | LED PANEL LIGHTING<br><br><br>On Board Date: 26-JUL -2017 | 9205KGS | 62.46CBM |

**COPY**

| FREIGHT & CHARGES | PREPAID | COLLECT | The Surrender of the original order bill of lading properly endorsed shall be required before the delivery of the property. inspection of property covered by this bill of lading will not be permitted unless provided by law or unless permission is endorsed on this original bill of lading or give in writing by the shipper. |
|---|---|---|---|
| | | | ATTENTION OF SHIPPER THE TERMS AND CONDITIONS OF THE BILL OF LADING UNDER WHICH THIS SHIPMENT IS ACCEPTED ARE PRINTED ON THE BACK HERE OF NOTE. UNLESS OTHERWISE SPECIFIES THE CHARGES LISTED ABOVE DO NOT INCLUIDE CUSTOMS DUTIES. TAXES. CUSTOMS CLEARANCE CHARGES AND SIMILAR NON TRANSPORTATION CHARGES WHICH ARE FOR THE ACCOUNT OF THE CARGO. |
| | | | IN WITNESS WHEREOF. THE UNDERSIGNED. SIGNING ON BEHALF OF GRAMTER INTERNATIONAL(U.S.A.) CO., LTD. HAS SIGNED _____ BILLS OF LADING, ALL OF THE SAME TENOR AND DATE. ONE OF WHICH BEING ACCOMPLISHED, THE OTHERS TO STAND VOID. |
| TOTAL CHARGES | | | STAMP AND SIGNATURE               ISSUED DATE |

# GRAMTER LINE

**GRAMTER INTERNATIONAL (U.S.A.) CO., LTD.**
**MULTIMODAL TRANSPORT BILL OF LADING**

| SHIPPER | REF NO. | B/L NO. |
|---|---|---|
| Torshare Ltd.<br>1F,#30,the fourth Industrial Area, shuitian connunity shiyan town bao'an district Shenzhen | CSSZCC170710 | LT20170006 |

**CONSIGNEE**
IGLO LLC.
ADD:4924 Cambridge Road Fort Worth, Texas 76155
ATTN:SONNY MENON
TEL:001 972 9152700/001 214 208 0691

**NOTIFY PARTY**
SAME AS CONSIGNEE

**To Obtain Delivery Contact**
Gramter Intl. (USA) Co.,Ltd - LAX Office
863 N. Douglas Street, Suite 100
El Segundo, CA 90245
Tel: (310) 606-8888 Ext. 102
Fax: (310) 606-8887   ATTN:Sandy

**VESSEL & VOYAGE:** MOL BEACON 014E
**PLACE OF RECEIPT:** YANTIAN/CHINA
**PORT OF LOADING:** YANTIAN/CHINA
**ONWARD INLAND ROUTING:**
**PORT OF DISCHARGE:** LOS ANGELES.CA
**PLACE OF DELIVERY:** DALLAS,TX
**FINAL DESTINATION (FOR THE MERCHANT'S REFERENCE ONLY):**

PARTICULARS FURNISHED BY SHIPPER

| MARKS AND NUMBERS | NO. OF PKGS | DESCRIPTION OF PACKAGES AND GOODS | GROSS WEIGHT | MEASUREMENT |
|---|---|---|---|---|
| CCLU6440375 / CN2024948 /40HQ<br><br>IGLOLED.NET | 697CTNS | LED PANEL LIGHTING<br><br>On Board Date: 26-JUL-2017 | 9285KGS | 62.73CBM |

**COPY**

| FREIGHT & CHARGES | PREPAID | COLLECT | The Surrender of the original order bill of lading properly endorsed shall be required before the delivery of the property. inspection of property covered by this bill of lading will not be permitted unless provided by law or unless permission is endorsed on this original bill of lading or give in writing by the shipper. |
|---|---|---|---|
| | | | ATTENTION OF SHIPPER THE TERMS AND CONDITIONS OF THE BILL OF LADING UNDER WHICH THIS SHIPMENT IS ACCEPTED ARE PRINTED ON THE BACK HERE OF NOTE. UNLESS OTHERWISE SPECIFIES THE CHARGES LISTED ABOVE DO NOT INCLUIDE CUSTOMS DUTIES. TAXES. CUSTOMS CLEARANCE CHARGES AND SIMILAR NON TRANSPORTATION CHARGES WHICH ARE FOR THE ACCOUNT OF THE CARGO. |
| | | | IN WITNESS WHEREOF. THE UNDERSIGNED. SIGNING ON BEHALF OF GRAMTER INTER-NATIONAL(U.S.A.) CO., LTD. HAS SIGNED _____ BILLS OF LADING, ALL OF THE SAME-TENOR AND DATE. ONE OF WHICH BEING ACCOMPLISHED, THE OTHERS TO STAND VOID. |
| **TOTAL CHARGES** | | | STAMP AND SIGNATURE                    ISSUED DATE |

# GRAMTER LINE

| SHIPPER | REF NO. | B/L NO. |
|---|---|---|
| Torshare Ltd.<br>1F,#30,the fourth Industrial Area,shuitian connunity shiyan town bao'an district Shenzhen | 2590978695 | LT201700011 |

**G.T**

## GRAMTER
### INTERNATIONAL (U.S.A.) CO., LTD.
**MULTIMODAL TRANSPORT BILL OF LADING**

| CONSIGNEE |
|---|
| IGLO LLC.<br>ADD:4924 Cambridge Road Fort Worth, Texas 76155<br>ATTN:SONNY MENON<br>TEL:001 972 9152700/001 214 208 0691 |

| NOTIFY PARTY | To Obtain Delivery Contact |
|---|---|
| SAME AS CONSIGNEE | Gramter Intl. (USA) Co.,Ltd - LAX Office<br>863 N. Douglas Street, Suite 100<br>El Segundo, CA 90245<br>Tel: (310) 606-8888 Ext. 102<br>Fax: (310) 606-8887   ATTN:Sandy |

| VESSEL & VOYAGE | | |
|---|---|---|
| OOCL BEIJING 054E | | |
| PLACE OF RECEIPT | PORT OF LOADING | ONWARD INLAND ROUTING |
| YANTIAN/CHINA | YANTIAN/CHINA | |
| PORT OF DISCHARGE | PLACE OF DELIVERY | FINAL DESTINATION (FOR THE MERCHANT'S REFERENCE ONLY) |
| Long Beach | DALLAS,TX | |

### PARTICULARS FURNISHED BY SHIPPER

| MARKS AND NUMBERS | NO. OF PKGS | DESCRIPTION OF PACKAGES AND GOODS | GROSS WEIGHT | MEASUREMENT |
|---|---|---|---|---|
| OOCU6954711/ OOLEEZ1895   /40HQ<br><br>IGLOLED.NET | <br><br>700CTNS | LED PANEL LIGHT<br><br><br><br><br><br>On Board Date: 22-AUG -2017 | 9690KGS | 67CBM |

**COPY**

| FREIGHT & CHARGES | PREPAID | COLLECT | The Surrender of the original order bill of lading properly endorsed shall be required before the delivery of the property. inspection of property covered by this bill of lading will not be permitted unless provided by law or unless permission is endorsed on this original bill of lading or give in writing by the shipper. |
|---|---|---|---|
| | | | ATTENTION OF SHIPPER THE TERMS AND CONDITIONS OF THE BILL OF LADING UNDER WHICH THIS SHIPMENT IS ACCEPTED ARE PRINTED ON THE BACK HERE OF NOTE. UNLESS OTHERWISE SPECIFIES THE CHARGES LISTED ABOVE DO NOT INCLUIDE CUSTOMS DUTIES. TAXES. CUSTOMS CLEARANCE CHARGES AND SIMILAR NON TRANSPORTATION CHARGES WHICH ARE FOR THE ACCOUNT OF THE CARGO. |
| | | | IN WITNESS WHEREOF. THE UNDERSIGNED. SIGNING ON BEHALF OF GRAMTER INTER-NATIONAL(U.S.A.) CO., LTD. HAS SIGNED _____ BILLS OF LADING, ALL OF THE SAME-TENOR AND DATE. ONE OF WHICH BEING ACCOMPLISHED, THE OTHERS TO STAND VOID. |
| **TOTAL CHARGES** | | | STAMP AND SIGNATURE                    ISSUED DATE |

# GRAMTER LINE

| SHIPPER | REF NO. | B/L NO. |
|---|---|---|
| Torshare Ltd.<br>1F,#30,the fourth Industrial Area,shuitian connunity shiyan town bao'an district Shenzhen | 2590978696 | LT201700012 |

**G.T**

## GRAMTER
### INTERNATIONAL (U.S.A.) CO., LTD.
**MULTIMODAL TRANSPORT BILL OF LADING**

| CONSIGNEE | To Obtain Delivery Contact |
|---|---|
| IGLO LLC.<br>ADD:4924 Cambridge Road Fort Worth, Texas 76155<br>ATTN:SONNY MENON<br>TEL:001 972 9152700/001 214 208 0691 | |

| NOTIFY PARTY | |
|---|---|
| SAME AS CONSIGNEE | Gramter Intl. (USA) Co.,Ltd - LAX Office<br>863 N. Douglas Street, Suite 100<br>El Segundo, CA 90245<br>Tel: (310) 606-8888 Ext. 102<br>Fax: (310) 606-8887   ATTN:Sandy |

| VESSEL & VOYAGE | | |
|---|---|---|
| OOCL BEIJING 054E | | |
| **PLACE OF RECEIPT** | **PORT OF LOADING** | **ONWARD INLAND ROUTING** |
| YANTIAN/CHINA | YANTIAN/CHINA | |
| **PORT OF DISCHARGE** | **PLACE OF DELIVERY** | **FINAL DESTINATION (FOR THE MERCHANT'S REFERENCE ONLY)** |
| Long Beach | DALLAS,TX | |

PARTICULARS FURNISHED BY SHIPPER

| MARKS AND NUMBERS | NO. OF PKGS | DESCRIPTION OF PACKAGES AND GOODS | GROSS WEIGHT | MEASUREMENT |
|---|---|---|---|---|
| OOCU6939002/ OOLEEZ1900 /40HQ<br><br>IGLOLED.NET | <br><br>700CTNS | LED PANEL LIGHT | 9850KGS | 67CBM |

On Board Date: 22-AUG-2017

**COPY**

| FREIGHT & CHARGES | PREPAID | COLLECT | The Surrender of the original order bill of lading properly endorsed shall be required before the delivery of the property. inspection of property covered by this bill of lading will not be permitted unless provided by law or unless permission is endorsed on this original bill of lading or give in writing by the shipper. |
|---|---|---|---|
| | | | ATTENTION OF SHIPPER THE TERMS AND CONDITIONS OF THE BILL OF LADING UNDER WHICH THIS SHIPMENT IS ACCEPTED ARE PRINTED ON THE BACK HERE OF NOTE. UNLESS OTHERWISE SPECIFIES THE CHARGES LISTED ABOVE DO NOT INCLUIDE CUSTOMS DUTIES. TAXES. CUSTOMS CLEARANCE CHARGES AND SIMILAR NON TRANSPORTATION CHARGES WHICH ARE FOR THE ACCOUNT OF THE CARGO. |
| **TOTAL CHARGES** | | | IN WITNESS WHEREOF. THE UNDERSIGNED. SIGNING ON BEHALF OF GRAMTER INTER-NATIONAL(U.S.A.) CO., LTD. HAS SIGNED _____ BILLS OF LADING, ALL OF THE SAME-TENOR AND DATE. ONE OF WHICH BEING ACCOMPLISHED, THE OTHERS TO STAND VOID. |
| | | | STAMP AND SIGNATURE                                        ISSUED DATE |

# GRAMTER LINE

| SHIPPER | REF NO. | B/L NO. |
|---|---|---|
| Torshare Ltd.<br>1F,#30,the fourth Industrial Area,shuitian connunity shiyan town bao'an district Shenzhen | SZ2F17090259 | LT201700016 |

**G.T**

## GRAMTER
### INTERNATIONAL (U.S.A.) CO., LTD.
**MULTIMODAL TRANSPORT BILL OF LADING**

| CONSIGNEE |
|---|
| IGLO LLC.<br>ADD:4924 Cambridge Road Fort Worth, Texas 76155<br>ATTN:SONNY MENON<br>TEL:001 972 9152700/001 214 208 0691 |

| NOTIFY PARTY | To Obtain Delivery Contact |
|---|---|
| SAME AS CONSIGNEE | Gramter Intl. (USA) Co.,Ltd - LAX Office<br>863 N. Douglas Street, Suite 100<br>El Segundo, CA 90245<br>Tel: (310) 606-8888 Ext. 102<br>Fax: (310) 606-8887   ATTN:Sandy |

| VESSEL & VOYAGE | | |
|---|---|---|
| OOCL GENOA 018E | | |
| PLACE OF RECEIPT | PORT OF LOADING | ONWARD INLAND ROUTING |
| YANTIAN/CHINA | YANTIAN/CHINA | |
| PORT OF DISCHARGE | PLACE OF DELIVERY | FINAL DESTINATION (FOR THE MERCHANT'S REFERENCE ONLY) |
| Long Beach | DALLAS,TX | |

**PARTICULARS FURNISHED BY SHIPPER**

| MARKS AND NUMBERS | NO. OF PKGS | DESCRIPTION OF PACKAGES AND GOODS | GROSS WEIGHT | MEASUREMENT |
|---|---|---|---|---|
| OOLU9964480/ OOLEMH8515 /40HQ<br><br>IGLOLED.NET | 687CTNS | LED PANEL LIGHT<br>LED DISPLAY<br>LED CRYSTAL LIGHT | 10000KGS | 67CBM |

On Board Date: 05-SEP -2017

**COPY**

| FREIGHT & CHARGES | PREPAID | COLLECT | The Surrender of the original order bill of lading properly endorsed shall be required before the delivery of the property. inspection of property covered by this bill of lading will not be permitted unless provided by law or unless permission is endorsed on this original bill of lading or give in writing by the shipper. |
|---|---|---|---|
| | | | ATTENTION OF SHIPPER THE TERMS AND CONDITIONS OF THE BILL OF LADING UNDER WHICH THIS SHIPMENT IS ACCEPTED ARE PRINTED ON THE BACK HERE OF NOTE. UNLESS OTHERWISE SPECIFIES THE CHARGES LISTED ABOVE DO NOT INCLUIDE CUSTOMS DUTIES. TAXES. CUSTOMS CLEARANCE CHARGES AND SIMILAR NON TRANSPORTATION CHARGES WHICH ARE FOR THE ACCOUNT OF THE CARGO. |
| | | | IN WITNESS WHEREOF. THE UNDERSIGNED. SIGNING ON BEHALF OF GRAMTER INTER-NATIONAL(U.S.A.) CO., LTD. HAS SIGNED _____ BILLS OF LADING, ALL OF THE SAME-TENOR AND DATE. ONE OF WHICH BEING ACCOMPLISHED, THE OTHERS TO STAND VOID. |
| TOTAL CHARGES | | | STAMP AND SIGNATURE                    ISSUED DATE |

# GRAMTER LINE

| SHIPPER | REF NO. | B/L NO. |
|---|---|---|
| SHENZHEN SNC OPTO ELECTRONIC CO.,LTD<br>Floor 3rd/4th/5th/6th Block 6, Block 21,<br>Zhengdaan Industry Park, NO.172, Xiangshan Road,<br>Luotian Village, SongGang Town,  Baoan District  ,Shenzhen | CSSZCC171024 | LT201700030 |

**G.T**

## GRAMTER
### INTERNATIONAL (U.S.A.) CO., LTD.
**MULTIMODAL TRANSPORT BILL OF LADING**

| CONSIGNEE | |
|---|---|
| IGLO LLC.<br>ADD:4924 Cambridge Road Fort Worth, Texas 76155<br>ATTN:SONNY MENON<br>TEL:001 972 9152700/001 214 208 0691 | |

| NOTIFY PARTY | To Obtain Delivery Contact |
|---|---|
| SAME AS CONSIGNEE | Gramter Intl. (USA) Co.,Ltd - LAX Office<br>863 N. Douglas Street, Suite 100<br>El Segundo, CA 90245<br>Tel: (310) 606-8888 Ext. 102<br>Fax: (310) 606-8887   ATTN:Sandy |

| VESSEL & VOYAGE | | |
|---|---|---|
| YM MASCULINITY 046E | | |

| PLACE OF RECEIPT | PORT OF LOADING | ONWARD INLAND ROUTING |
|---|---|---|
| YANTIAN/CHINA | YANTIAN/CHINA | |
| **PORT OF DISCHARGE** | **PLACE OF DELIVERY** | **FINAL DESTINATION (FOR THE MERCHANT'S REFERENCE ONLY)** |
| LOS ANGELES, CA | DALLAS,TX | |

PARTICULARS FURNISHED BY SHIPPER

| MARKS AND NUMBERS | NO. OF PKGS | DESCRIPTION OF PACKAGES AND GOODS | GROSS WEIGHT | MEASUREMENT |
|---|---|---|---|---|
| CLHU8620627/CN2229812/40HQ<br><br>IGLOLED.NET | 1939 CTNS | LED shoebox light,<br>LED wallpack light,<br>LED corn light,<br>LED downlight,<br>Tape,<br>LED panel light<br><br>SALES CONTRACT NO：PO20171007B01 | 16140KGS | 64.69CBM |

On Board Date: 20-NOV -2017

**COPY**

| FREIGHT & CHARGES | PREPAID | COLLECT | The Surrender of the original order bill of lading properly endorsed shall be required before the delivery of the property. inspection of property covered by this bill of lading will not be permitted unless provided by law or unless permission is endorsed on this original bill of lading or give in writing by the shipper. |
|---|---|---|---|
| | | | ATTENTION OF SHIPPER THE TERMS AND CONDITIONS OF THE BILL OF LADING UNDER WHICH THIS SHIPMENT IS ACCEPTED ARE PRINTED ON THE BACK HERE OF NOTE. UNLESS OTHERWISE SPECIFIES THE CHARGES LISTED ABOVE DO NOT INCLUIDE CUSTOMS DUTIES. TAXES. CUSTOMS CLEARANCE CHARGES AND SIMILAR NON TRANSPORTATION CHARGES WHICH ARE FOR THE ACCOUNT OF THE CARGO. |
| | | | IN WITNESS WHEREOF. THE UNDERSIGNED. SIGNING ON BEHALF OF GRAMTER INTER-NATIONAL(U.S.A.) CO., LTD. HAS SIGNED _____ BILLS OF LADING, ALL OF THE SAME-TENOR AND DATE. ONE OF WHICH BEING ACCOMPLISHED, THE OTHERS TO STAND VOID. |
| **TOTAL CHARGES** | | | STAMP AND SIGNATURE                                       ISSUED DATE |