# Exhibit 3

**TORSHARE 拓享**

深圳市拓享科技有限公司 **Torshare Ltd.**
Add: Torshare Industrial Park, 30th, NO.4 Industrial Area, Shuitian, Shiyan, Baoan District, Shenzhen, China,518108
Tel:+86-755-29649617   Fax:+86-755-29833930   Web: www.torshare.com

## Proforma Invoice

| Company: | I73 | | Delivery Term: | FOB |
| --- | --- | --- | --- | --- |
| Contact: | | | Production completed by (date) | 2018-1-19 |
| Tel: | | | ETD : | |
| Fax: | | | Payment Terms: | 100% O/A 60天 |
| Address: | | | Currency: | USD |
| | 外箱，外箱标签，灯体标签，说明书贴内部贴纸等： | | Issue Date: | 2017-12-19 |
| | 其它按照BOM单而定 | | Purchase Oder : | |
| | | | Ref. No. : | DC201712180002 |

| No. | Part No. | 品号 | Item | Description | Q'ty | Unit Price | Amount |
| --- | --- | --- | --- | --- | --- | --- | --- |
| 1 | UFO24-240W-110 | 1.01.0130258 | UFO Highbay Light | 240W, 130LM/W, 5000K, 黑色灯体和黑色电源外壳，电源线长为标准长度（0.4米长，从侧边出线），吊环安装（非挂钩） | 2,000 | US$65.00 | US$130,000.00 |
| 2 | UFO24-240W-110 | 1.01.0130259 | UFO Highbay Light | 240W, 130LM/W, 5000K, 白色灯体和白色电源外壳，电源线长为标准长度（0.4米长，从侧边出线），吊环安装（非挂钩） | 300 | US$65.00 | US$19,500.00 |
| Total | | | | | 2,300 | | US$149,500.00 |

NOTE

Account No:   7640-5796-1492
Bank Name:   Bank of China Shenzhen Branch
Address:   Zhonghang Bldg,ShiYan Town BaoAN District Shenzhen China.
Swife Code:   BKCHCNBJ45A

*David Chang*