Exhibit 4

# WORLDWIDE LOGISTICS CO., LTD.
## COMBINED TRANSPORT BILL OF LADING

**Shipper**
SHENZHEN SNC OPTO ELECTRONIC CO., LTD
FLOOR 3RD/4TH/5TH/6TH BLOCK 6, BLOCK 21, ZHENGDAAN INDUSTRY PARK, NO.172, XIANGSHAN ROAD,
LUOTIAN VILLAGE, SONGGANG TOWN, BAOAN DISTRICT, SHENZHEN

**B/L No.:** WYTN8050428
**Ref No.:** SHZ2376549
**Page** 1 **OF** 1
**Print SRL** 201805253046728

**COPY**

**Consignee**
IGLO, LLC.
ADD: 4924 CAMBRIDGE ROAD FORT WORTH,
TEXAS 76155, USA
ATTN: SONNY MENON
TEL: 001 972 9152700/001 214 208 0691

RECEIVED by the carrier as specified below in apparent good order and condition unless otherwise Stated, the goods shall be transported to such place as agreed, authorized or permitted herein and subject to all the terms and conditions whether written, typed, stamped, printed, or incorporated on the front and reverse side hereof which the Merchant agrees to be bound by accepting this Bill of Lading, any local privileges and customs notwithstanding.
The particulars given below as stated by the shipper, the weight, measure, quantity condition, contents And value of goods are unknown to the carrier.
In WITNESS whereof one (1) original Bill of Lading has been signed if not otherwise stated below, the same being accomplished the other(s), if any, to be void, if required by the carrier one (1) original Bill of Lading must be surrendered duly endorsed in exchange for the goods or delivery order.

**Notify Party**
SAME AS CONSIGNEE

**Domestic Routing Instruction/Agent at Port of Discharge**
TRANS-TRADE, INC.
2511 70TH AVENUE EAST, SUITE D, FIFE, WA 98424
TEL: 253-345-5180
FAX: 253-345-5181
IMPORT_SEA@TRANSTRADE.COM

**Precarriage by**

**Place of Receipt**
YANTIAN

**Vessel  Voy.No.**
COSCO PORTUGAL  020E

**Port of Loading**
YANTIAN

**Port of Discharge**
LONG BEACH, CA

**Place of Delivery**
DALLAS, TX

## PARTICULARS FURNISHED BY THE MERCHANT
Description of Packages and Goods As Stated By Shipper, Shipper's Load Stow and Count, Said to Contain

| Marks&Numbers | No. of Packages | Gross Weight | Measurement |
|---|---|---|---|
| IGLOLED.NET | 1448 CARTONS | 14630 KGS | 67.14 CBM |

**Description of Goods**
LED PARKING GARAGE LIGHT
LED CANOPY LIGHT
LED WALL PACK LIGHT
LED FLOOD LIGHT
LED SHOEBOX LIGHT
MODULES
LED WRAPAROUND LIGHT
LED PUFF LIGHT
HS CODE: 9405409000/9405990000
SALES CONTRACT NO:
PO20180117B01-4/PO2018022B01-2/SNC1804013

**Container No./Seal No.**
40HQ/CMAU7684321/K4650987/1448CARTONS/14630KGS/67.14CBM

THIS SHIPMENT CONTAINS NO SOLID WOOD PACKING MATERIALS.

NON-NEGOTIABLE


SURRENDER DATE 2018-05-28

**FREIGHT COLLECT**

TOTAL NUMBER OF CONTAINERS OR PACKAGES(IN WORD)   TOTAL: ONE(1X40HQ) CONTAINER (S) ONLY

| Number of Original Bills of Lading | THREE |
|---|---|
| Place and Date of Issue  SHENZHEN | 14 May 2018 |
| SHIPPED ON BOARD | 14 May 2018 |
| ISSUED BY  ASZNOP037    Type of Movement   CY/CY | |

STANDARD FORM 2013

# WORLDWIDE LOGISTICS CO.,LTD.
## COMBINED TRANSPORT BILL OF LADING

**Shipper**
TORSHARE LTD.
30TH NO.4 INDUSTRIAL AREA,SHUITIAN,SHIYAN TOWN,BAO'AN DISTRICT,SHENZHEN
TEL:0755-2983 3929  FAX:0755-2983 3930

**B/L No.:** WYTN8020372
**Ref No.:** 750579984
**Page** 1 **OF** 1
**Print SRL** 201803141030547

**COPY**

**Consignee**
IGLO LLC.
SONNY MENON
4924 CAMBRIDGE ROAD
FORT WORTH, TEXAS 76155, USA
TEL.:001 972 9152700/001 214 208 0691

RECEIVED by the carrier as specified below in apparent good order and condition unless otherwise stated, the goods shall be transported to such place as agreed, authorized or permitted herein and subject to all the terms and conditions whether written, typed, stamped, printed, or incorporated on the front and reverse side hereof which the Merchant agrees to be bound by accepting this Bill of Lading, any local privileges and customs notwithstanding.
The particulars given below as stated by the shipper, the weight, measure, quantity condition, contents And value of goods are unknown to the carrier.
In WITNESS whereof one (1) original Bill of Lading has been signed if not otherwise stated below, the same being accomplished the other(s), if any, to be void, if required by the carrier one (1) original Bill of Lading must be surrendered duly endorsed in exchange for the goods or delivery order.

**Notify Party**
SAME AS CONSIGNEE

**Domestic Routing Instruction/Agent at Port of Discharge**
TRANS-TRADE, INC.
2511 70TH AVENUE EAST, SUITE D, FIFE, WA 98424
TEL:253-345-5180
FAX:253-345-5181
IMPORT_SEA@TRANSTRADE.COM

| Precarriage by | Place of Receipt |
|---|---|
|  | YANTIAN |

| Vessel  Voy.No. | Port of Loading |
|---|---|
| APL SENTOSA   283TXE | YANTIAN |

| Port of Discharge | Place of Delivery |
|---|---|
| LOS ANGELES,CA | DALLAS,TX |

### PARTICULARS FURNISHED BY THE MERCHANT
Description of Packages and Goods As Stated By Shipper, Shipper's Load Stow and Count, Said to Contain

| Marks&Numbers | No. of Packages | Gross Weight | Measurement |
|---|---|---|---|
| IGLOLED | 1516  CARTONS | 12800  KGS | 65.05  CBM |

**Description of Goods**
LED UFO LIGHT  HS CODE
LED SHOEBOX LIGHT
LED WALL PACK LIGHT
LED CORN LIGHT
LED UFO HIGHBAY LIGHT
HS CODE:9405409000

THIS SHIPMENT CONTAINS NO SOLID WOOD PACKING MATERIALS.

**Container No./Seal No.**
40HQ/INKU2697220/K3714542/1516CARTONS/12800KGS/65.05CBM


SURRENDER DATE 2018-3-14

**FREIGHT COLLECT**

**TOTAL NUMBER OF CONTAINERS OR PACKAGES(IN WORD)**  TOTAL:ONE(1X40HQ) CONTAINER (S) ONLY

| Number of Original Bills of Lading | THREE |
|---|---|
| Place and Date of Issue SHENZHEN | 19 Feb 2018 |
| SHIPPED ON BOARD | 19 Feb 2018 |
| ISSUED BY  ASZNOP021   Type of Movement  CY/CY | |